eqwe

1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

11    DALE R. REEDER,                    )      Case No. 07cv1628 L (WMc)
                                         )
12                    Plaintiff,         )
                                         )
13         v.                            )      ORDER FOR REMAND PURSUANT
                                         )      TO SENTENCE 4 OF 42 U.S.C.
14    MICHAEL J. ASTRUE,                 )      SECTION 405(g).
      Commissioner of Social Security    )
15    Administration,                    )
                                         )
16                    Defendant.         )
      _____)
17

18         Upon application by Defendant Commissioner of the Social Security Administration, and by

19    Plaintiff by and through his counsel, Mary A. Mitchell,

20         **IT IS HEREBY ORDERED** that the above-mentioned case be remanded for further

21    administrative action pursuant to Sentence 4 of 42 U.S.C. § 405(g).

22    DATED:  July 25, 2008

23                                              _____

24                                              Hon. William McCurine, Jr.
                                                U.S. Magistrate Judge
25                                              United States District Court

26

27

28